**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BOY SALINAS, ) | CASE NO. SA CV 08-01111 SGL (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| LARRY SMALL, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of DANIEL BOY SALINAS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 1, 2009

*[signature]*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE